

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2014

No. 04-13-00883-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant filed a motion to extend time to file appellant's brief, asserting the brief was due April 2, 2014. Appellant is incorrect. The reporter's record was filed March 3, 2014, but the clerk's record was not filed until April 3, 2014. Accordingly, appellant's brief is not due until May 5, 2014. Based on the foregoing and our review of appellant's motion, we **GRANT** the request for an extension of time to June 9, 2014, giving appellant an additional thirty-five days to file the brief.

We note that in the motion, appellant makes reference to a proposed consolidation with other cases pending or to be filed in this court. However, such relief is not specifically requested at this time, but rather appellant suggests such relief may be requested in the future. Accordingly, this order makes no ruling with regard to any prospective request for consolidation.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court